# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **PPF 5 L L C** | **CIVIL ACTION NO. 23-cv-1799** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DELTA WORKOVER L L C ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 27] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this case be **TRANSFERRED** to the United States District Court for the Southern District of Mississippi, Western Division pursuant to 28 U.S.C. § 1406(a).

**MONROE, LOUISIANA**, this the 20th day of March 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE